AUTOMATIC MERCHANDISING COUNCIL OF NEW JERSEY v.
THE TOWNSHIP OF EDISON.

July 11, 1985.

Petition for certification granted.

MARGO FICAROTTA v. BUREAU OF HOUSING INSPECTION.

July 11, 1985.

Petition for certification denied.

IN THE MATTER OF THE COMMITMENT OF K.L. TO THE
CAMDEN COUNTY HEALTH SERVICES CENTER.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICIA ARNEY.

July 11, 1985.

Petition for certification denied.